## Commonwealth *v.* Bezanis, Appellant.

Submitted September 13, 1971. *Leo H. Eschbach,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and the record remanded for proceeding consistent with the decision of the Supreme Court in *Commonwealth v. Sheehan,* 446 Pa. 35, 285 A. 2d 465 (1971).

WRIGHT, P. J., would affirm the order of the court below.